**Donovan EPPS, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. 72969.

Missouri Court of Appeals,
Eastern District,
Division One.

April 7, 1998.

A. Renae Adamson, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Seth A. Albin, Asst. Atty. Gen., Jefferson City, for respondent.

Before GRIMM, P.J., and PUDLOWSKI and GARY M. GAERTNER, JJ.

## ORDER

PER CURIAM.

Donovan Epps, Movant, appeals from the judgment denying his Rule 24.035 motion for post-conviction relief without a hearing. We have reviewed the record on appeal and the briefs of the parties and concluded the motion court's decision was not clearly erroneous. Rule 24.035(k). A published opinion would have no precedential value and we affirm by written order. Rule 84.16(b)(2). We have provided a memorandum opinion for the use of the parties only. Judgment affirmed.